CHRISTOPHER J. HICKS
Washoe County District Attorney
KEITH G. MUNRO
Deputy District Attorney
Nevada State Bar Number 5074
One South Sierra Street
Reno, NV 89501
(775) 337-5700
kmunro@da.washoecounty.us
Attorney for Washoe County

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN EDWARD JACKSON, | |
| Plaintiff, | Case No. 3:19-cv-00162-MMD-WGC |
| vs. | **STIPULATION FOR DISMISSAL** |
| WASHOE COUNTY, | |
| Defendants. | |

Washoe County and John Edward Jackson, based on the attached settlement agreement, stipulate to dismiss this action with prejudice. See Exhibit 1.

Dated 4<u>th</u> o<u>f April</u>, 2020.

By _Keith G. Munro_
KEITH G. MUNRO
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
(775) 337-5700

Attorney for Washoe County

By _____
JOHN EDWARD JACKSON
NNCC
P O Box 7000
Carson City, NV 89702

IT IS SO ORDERED.

Dated: April 8, 2020

_____
MIRANDA M. DU,
CHIEF U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court and I deposited in the office mail for mailing in the U.S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

John Edward Jackson #75869
Northern Nevada Correctional Center
P O Box 7000
Carson City, NV 89702

Dated: _April 8_____, 2020

_M. Coin_

M. Coin

-2-

## **EXHIBIT INDEX**

|  |  | No. of Pages |
|---|---|---|
| EXHIBIT 1 | Settlement Agreement | 1 Page |

EXHIBIT INDEX

**EXHIBIT 1**

**EXHIBIT 1**

## <u>SETTLEMENT AGREEMENT – CASE NO. 3:19-cv-00162-MMD-WGC</u>

Plaintiff John Edward Jackson and Washoe County agree to the following settlement in this action:

1. Jackson agrees to have the patent application fee submitted to the Washoe County District Attorney's Office.

2. Washoe County agrees to mail by priority mail Jackson's patent application and his patent application fee to the United States Patent and Trade Office at the following address (to be filled in by Jackson).
(As well as patent ECF No 125) (mail to Commissioner for patents P.O. Box 1450 Alexandra, VA 22313-1450

3. Washoe County will pay Jackson $475.00 for the loss of his address book.
To be held untell I am ready for The #475.00
" John E Jackson

4. Both Jackson and Washoe County agree to dismiss this action with prejudice.

Dated 4th of April, 2020.

By _Keith G. Munro_
KEITH Q. MUNRO
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
(775) 337-5700

By _John Edward Jackson_
JOHN EDWARD JACKSON
NNCC
P O Box 7000
Carson City, NV 89702

Attorney for Washoe County

-1-